HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700/Fax (916)498-5710
Mia_crager@fd.org

Attorney for Defendant
NICOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-00003-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | DATE: April 6, 2017 |
| NICOLAS LOPEZ, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr. |

Plaintiff, United States of America, by and through Assistant United States Attorney ROSS NAUTHTON and Assistant Federal Defender MIA CRAGER on behalf of defendant NICOLAS LOPEZ, hereby stipulate to continue the status conference from April 6, 2017 to May 11, 2017 at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review the discovery with the defendant and continue the investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 11, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

1 | this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: March 31, 2017                           HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ *Mia Crager*
                                                MIA CRAGER
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                NICOLAS LOPEZ

Dated: March 31, 2017                           PHILLIP A. TALBERT
                                                United States Attorney

                                                /s/ Ross Naughton
                                                ROSS NAUGHTON
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including May 11, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 6, 2017 status conference shall be continued until May 11, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 6, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE