PHILLIP A. TALBERT
United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00003-MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| NICOLAS J. LOPEZ, | DATE: May 11, 2017 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on May 11, 2017.

2.  By this stipulation, defendant now moves to continue the status conference until June 29, 2017, and to exclude time between May 11, 2017, and June 29, 2017, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case includes approximately 100 pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)  Additionally, defendant's counsel of record has made a request for specific

additional discovery.  The government has partially addressed this request by gathering and producing audio/video recordings and additional written reports.  The government is working with the California Highway Patrol to address the remainder of the request.

      c)     Counsel for defendant desires additional time to receive and review the pending discovery in this matter, to conduct investigation and research related to the charges, to research and prepare pretrial motions, to consult with her client, and to otherwise prepare for trial.

      d)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)     The government does not object to the continuance.

      f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2017 to June 29, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

[*End of page.*]

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 9, 2017          PHILLIP A. TALBERT
                            United States Attorney

                            /s/ ROSS K. NAUGHTON
                            ROSS K. NAUGHTON
                            Assistant United States Attorney

Dated: May 9, 2017          /s/ MIA T. CRAGER
                            MIA T. CRAGER
                            Counsel for Defendant
                            NICOLAS J. LOPEZ

## ORDER

IT IS SO ORDERED.

Dated: May 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE