HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700/Fax (916)498-5710
mia_crager@fd.org

Attorney for Defendant
NICOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:17-cr-00003-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER<br>) TO CONTINUE STATUS CONFERENCE |
| v. | ) DATE: June 29, 2017 |
| NICOLAS LOPEZ, | ) TIME: 10:00 a.m.<br>) JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | ) |

    Plaintiff, United States of America, by and through Assistant United States Attorney ROSS NAUTHTON and Assistant Federal Defender MIA CRAGER on behalf of defendant NICOLAS LOPEZ, hereby stipulate to continue the status conference from June 29, 2017 to September 14, 2017 at 10:00 a.m.

    The reasons for this continuance are to allow defense counsel time to review additional discovery recently received with the defendant and continue the investigation.

    Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including September 14, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

    Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                              Respectfully submitted,

Dated: June 27, 2017                    HEATHER E. WILLIAMS
                                              Federal Defender

                                              /s/ *Mia Crager*
                                              MIA CRAGER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              NICOLAS LOPEZ

Dated: June 27, 2017
                                              PHILLIP A. TALBERT
                                              United States Attorney

                                              /s/ *Ross Naughton*
                                              ROSS NAUGHTON
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including September 14, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 29, 2017 status conference shall be continued until September 14, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: June 29, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE