| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MIA CRAGER, #300172 |
| | Assistant Federal Defender |
| 3 | OFFICE OF THE FEDERAL DEFENDER |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | (916) 498-5700/Fax (916)498-5710 |
| 5 | mia_crager@fd.org |
| 6 | Attorney for Defendant |
| | NICOLAS LOPEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:17-cr-00003-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: September 14, 2017 |
| NICOLAS LOPEZ, | ) | TIME: 10:00 a.m. |
| | ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |
| | ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney ROSS NAUTHTON and Assistant Federal Defender MIA CRAGER on behalf of defendant NICOLAS LOPEZ, hereby stipulate to continue the status conference from September 14, 2017 to December 7, 2017 at 10:00 a.m.

The reasons for this continuance are to allow defense counsel to continue reviewing discovery and continue investigation. Defense counsel has recently requested more discovery and will need additional time to review the discovery once received.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 7, 2017; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: September 12, 2017    HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
NICOLAS LOPEZ

Dated: September 12, 2017    PHILLIP A. TALBERT
United States Attorney

/s/ *Ross Naughton*
ROSS NAUGHTON
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including December 7, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the September 14, 2017 status conference shall be continued until December 7, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 14, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE