HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 "I" Street, 3rd Floor
Sacramento, CA 95814
(916) 498-5700/Fax (916)498-5710
mia_crager@fd.org

Attorney for Defendant
NICOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> NICOLAS LOPEZ, <br><br> Defendant. | No. 2:17-cr-00003-MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE <br><br> DATE: December 14, 2017 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Morrison C. England, Jr. |

Plaintiff, United States of America, by and through Assistant United States Attorney OWEN ROTH and Assistant Federal Defender MIA CRAGER on behalf of defendant NICOLAS LOPEZ, hereby stipulate to continue the status conference from December 14, 2017 to January 18, 2018 at 10:00 a.m.

The reasons for this continuance are to allow defense counsel additional time to review discovery with the defendant, discuss potential resolutions, and continue the investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 18, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: December 13, 2017

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
NICOLAS LOPEZ

Dated: December 13, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ *Owen Roth*
OWEN ROTH
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including January 18, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 14, 2017 status conference shall be continued until January 18, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 3, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE