McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-003 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | DATE: January 18, 2018 |
| NICOLAS J. LOPEZ, | TIME: 10:00 a.m. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1.      This matter is set for a status conference on January 18, 2018.  By this stipulation, the parties now seek to vacate the January 18 date and continue the status conference to April 5, 2018, and to exclude time between January 18 and April 5, 2018, under Local Code T4.

2.      The parties agree and stipulate, and request that the Court find the following:

        a)      The Government has represented that the discovery associated with this case includes more than 500 pages of documents and additional audio and video recordings.  All of this discovery has either been produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for Defendant is consulting with Defendant about how to proceed with

the case, and needs time to review the discovery with Defendant and consult further on how to

proceed.  Further, the Government and Defendant's Counsel are presently discussing a possible

resolution, and it is possible that Defendant may elect to enter a change of plea on April 5, 2018.

      c)     The parties submit that failure to grant the requested continuance would deny

Defendant's counsel reasonable time to consult with her client and assess how to proceed with

this case, taking into account the exercise of due diligence.

      d)     Based on the above-stated findings, the ends of justice served by continuing the

case as requested outweigh the interest of the public and Defendant in a trial within the original

date prescribed by the Speedy Trial Act.

      e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

et seq., within which trial must commence, the time period of January 17, 2018 to April 5, 2018,

inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at the parties' request on the basis of

the Court's finding that the ends of justice served by taking such action outweigh the best interest

of the public and Defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    3.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated:  January 16, 2018                          McGREGOR W. SCOTT
                                                      United States Attorney

7

8                                                     /s/ OWEN ROTH
                                                      OWEN ROTH
9                                                     Assistant United States Attorney

10  Dated:  January 16, 2018                         /s/ MIA CRAGER

11                                                    MIA CRAGER
                                                      Counsel for Defendant
12                                                    NICOLAS J. LOPEZ

13

14                                    **ORDER**

15    IT IS SO ORDERED.

16  Dated:  January 18, 2018

17

18                                                    _____
                                                      MORRISON C. ENGLAND, JR
19                                                    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28