McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>           v.<br><br>NICOLAS J. LOPEZ,<br><br>                     Defendant. | CASE NO. 2:17-CR-003 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: April 12, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1.      This matter is set for a status conference on April 12, 2018; the Court had previously excluded time through April 5, and then continued the matter to April 12 on its own motion.  By this stipulation, the parties now seek to vacate the April 12 date and continue the status conference to June 28, 2018, and to exclude time between April 5 and June 28, 2018, under Local Code T4.

2.      The parties agree and stipulate, and request that the Court find the following:

a)      The Government has represented that the discovery associated with this case includes more than 500 pages of documents, additional audio and video recordings, and physical evidence such as firearms.  All of this discovery has either been produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

b)      Counsel for Defendant is consulting with Defendant about how to proceed with the case, and needs time to review the discovery with Defendant and consult further on how to proceed.  The Federal Defender has recently transitioned the case from one Assistant Federal Defender to another, and new counsel needs some time to meet with her client and review the discovery.  The Government also anticipates making a plea offer within the next two weeks, and that the parties either will conduct a change of plea or set a trial date at the June 28 hearing.

c)      The parties submit that failure to grant the requested continuance would deny Defendant's counsel reasonable time to consult with her client and assess how to proceed with this case, taking into account the exercise of due diligence.

d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and Defendant in a trial within the original date prescribed by the Speedy Trial Act.

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 5, 2018 to June 28, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 2, 2018                                    McGREGOR W. SCOTT
                                                       United States Attorney


                                                       /s/ OWEN ROTH
                                                       OWEN ROTH
                                                       Assistant United States Attorney

Dated: April 2, 2018                                   /s/ NOA OREN
                                                       NOA OREN
                                                       Counsel for Defendant
                                                       NICOLAS J. LOPEZ



**ORDER**

IT IS SO ORDERED.

Dated: April 4, 2018


_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE