HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
NICHOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:17-cr-00003-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO FILE UNDER SEAL** |
| vs. | ) | **DEFENDANT'S EXHIBITS TO MOTION** |
| | ) | **FOR COMPASSIONATE RELEASE** |
| NICHOLAS LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    **IT IS HEREBY ORDERED** that the Request to Seal Exhibits D and E to NICHOLAS

LOPEZ's Motion for Compassionate Release is **GRANTED**, so that the private health

information is not available on the public docket. The records are to be provided to the Court and

opposing counsel.

    These documents shall remain under seal until further Order of the Court.

    **IT IS SO ORDERED**.

Dated:  March 16, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE