1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ALEXIS NELSEN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,         | CASE NO. 2:17-CR-00003-MCE
11 |                   Plaintiff,       | STIPULATION REGARDING SCHEDULE
   |                                    | FOR DEFENDANT'S MOTION TO REDUCE
12 |            v.                      | SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A);
   |                                    | ORDER
13 | NICHOLAS LOPEZ,
14 |                   Defendant.

15

16                              **STIPULATION**

17        Plaintiff United States of America (the "government"), by and through its counsel of record, and

18 the defendant, by and through his counsel of record, hereby stipulate as follows:

19        1.       The defendant filed a motion for compassionate release on March 12, 2021. Docket No.

20 50. By stipulation, the government's response is due on April 1, 2021, with any reply from the

21 defendant due on April 8, 2021. Docket No. 57.

22        2.       Counsel for the government requests additional time to obtain relevant records and draft

23 the government's response to the defendant's motion. The defendant does not oppose the government's

24 request.

25        3.       Accordingly, by this stipulation, the parties jointly request that the Court set the briefing

26 schedule on the defendant's motion as follows:

27               a)      The government's response to the defendant's motion to be filed on or before

28        April 5, 2021;

STIPULATION RE BRIEFING SCHEDULE                    1

b) The defendant's reply to the government's response to be filed on or before April 12, 2021.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: March 31, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ALEXIS NELSEN<br>ALEXIS NELSEN<br>Assistant United States Attorney |
| Dated: March 31, 2021 | /s/ MIA CRAGER<br>MIA CRAGER<br>Counsel for Defendant<br>NICHOLAS LOPEZ |

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 50, is due on or before April 5, 2021;

b) The defendant's reply to the government's response, if any, is due on April 12, 2021.

IT IS SO ORDERED.

Dated: April 5, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE