HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Mia_Crager@fd.org

Attorney for Defendant
NICHOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:17-CR-00003-MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| vs. | ) ) ) | |
| NICHOLAS LOPEZ | ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

Nicholas Lopez by and through his counsel of record, and Plaintiff United States of America (the "government"), hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on March 12, 2021. By stipulation, any reply from the defendant is due on April 12, 2021.

2. Counsel for the defendant requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The government does not oppose the defense's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The defendant's reply to the government's response to be filed on or before

April 16, 2021.

IT IS SO STIPULATED

Dated: April 9, 2021

                HEATHER E. WILLIAMS
                Federal Defender

                */s/ Mia Crager*
                MIA CRAGER
                Assistant Federal Defender
                Attorney for Defendant
                NICHOLAS LOPEZ

Dated: April 9, 2021

                PHILLIP A. TALBERT
                Acting United States Attorney

                */s/ Alexis Nelson*
                ALEXIS NELSON
                Assistant United States Attorney

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

    a) The defendant's response to the Government's reply, is due on or before April 16, 2021;

IT IS SO ORDERED.

Dated: April 13, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE