PHILLIP A. TALBERT
United States Attorney
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00003 DAD |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS THE REVOCATION PETITION AND DROP THE PRELIMINARY HEARING FROM CALENDAR** |
| v. | |
| NICHOLAS J. LOPEZ, | DATE: 09/12/2023 |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

   Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Alexis Klein, and defendant Nicholas Lopez, both individually and by and through his counsel of record, Mia Crager, Assistant Federal Defender, hereby stipulate as follows:

   1.   On August 2, 2023, a petition for violation of defendant's supervised release was filed with the Court, and an arrest warrant was issued. ECF No. 68.

   2.   On August 29, 2023, defendant made his initial appearance before the Magistrate Judge, and the matter was set for preliminary hearing on September 12, 2023, at 2:00 p.m., before the Honorable Allison Claire.

   3.   On September 11, defendant signed a "Waiver of Hearing to Modify Conditions Of [] Supervised Release … ." Defendant has agreed to enter a residential treatment program. In light of this, probation and the parties are requesting the pending petition (ECF No. 68) be dismissed, and the matter be dropped from calendar.

4. Out of an abundance of caution, and if necessary, the defendant hereby waives his right to a preliminary hearing pursuant to Federal Rule of Criminal Procedure 32.1(b)(1)(A). This waiver is joined by defense counsel.

IT IS SO STIPULATED.

Dated: September 11, 2023                PHILLIP A. TALBERT
                                         United States Attorney

                                         /s/ ALEXIS KLEIN
                                         ALEXIS KLEIN
                                         Assistant United States Attorney

Dated: September 11, 2023                /s/ MIA CRAGER
                                         MIA CRAGER
                                         Assistant Federal Defender
                                         Counsel for Defendant
                                         Nicholas Lopez

**[PROPOSED]  O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.  Accordingly, the Court orders the pending revocation petition, filed at Docket Number 68, be dismissed and drops the preliminary hearing from the Court's September 12, 2023, calendar.

IT IS SO ORDERED.

DATED:  September 11, 2023.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE