UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
September 12, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NICHOLAS J. LOPEZ,<br><br>　　　　Defendant. | Case No. 2:17-cr-00003-DAD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  NICHOLAS J. LOPEZ ,

Case No. 2:17-cr-00003-DAD , Charge 18 USC § 922(g)(1), from custody for the following reasons:

　　__x__  Release on Personal Recognizance, subject to ongoing conditions of TSR

　　_____  Bail Posted in the Sum of $ _____

　　　　_____  Unsecured Appearance Bond $ _____

　　　　_____  Appearance Bond with 10% Deposit

　　　　_____  Appearance Bond with Surety

　　　　_____  Corporate Surety Bail Bond

　　　　_____  (Other):

　　_____  Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 12, 2023, at 8:00 AM

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE