MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for NICHOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:17-cr-00003 DAD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) THE ADMIT/DENY HEARING |
| | ) |
| NICHOLAS LOPEZ, | ) Requested date: 8-25-2025 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Dale A. Drozd |
| ==============================) | |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, and Michael D. Long, attorney for defendant NICHOLAS LOPEZ, that the status hearing set for July 28, 2025, at 9:30 a.m., before Judge Drozd, should be continued and re-set for August 25, 2025, at 9:30 a.m., before Judge Drozd.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  Mr. Long is conferring with, and obtaining information from, the Sacramento County Public Defender's Office concerning the incident detailed in the petition.  Mr. Long continues to read and view the discovery, investigate the case and meet with his client.  Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

///

///

-1-

Dated: July 22, 2025                              Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Nicholas Lopez

Dated: July 22, 2025                              KIMBERLY SANCHEZ
Acting United States Attorney

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the admit or deny hearing in this matter is hereby re-set for August 25, 2025, at 9:30 a.m., before District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **July 24, 2025**                         _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE