MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for NICHOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,      ) | No. 2:17-cr-00003 DAD |
| Plaintiff,      ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v.      ) | THE ADMIT/DENY HEARING |
| ) | |
| NICHOLAS LOPEZ,      ) | Requested date: 12-22-2025 |
| Defendant.      ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Dale A. Drozd |
| ===============================) | |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, and Michael D. Long, attorney for defendant NICHOLAS LOPEZ, that the status hearing set for October 27, 2025, at 9:30 a.m., before Judge Drozd, should be continued and re-set for December 22, 2025, at 9:30 a.m., before Judge Drozd.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. The parties worked together to transfer Mr. Lopez to the custody of the Sacramento County Sheriff so that Mr. Lopez could appear at his Sacramento County jury trial which concerns the facts at issue in the "new law violation" alleged in this case. Today, that jury trial was trailed by the prosecution to October 27, 2025. Mr. Lopez will be transferred back to federal custody once his Sacramento County Superior Case has been resolved.

Mr. Long continues to read and view the discovery, investigate the case and meet with his client. Counsel for defendant believes that failure to grant the above-requested continuance would

-1-

deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: October 20, 2025                Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Nicholas Lopez

Dated: October 20, 2025                ERIC GRANT
United States Attorney

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the status hearing in this matter is hereby re-set for December 22, 2025, at 9:30 a.m., before District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **October 21, 2025**                _Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

-2-