MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for NICHOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. 2:17-cr-00003-DAD
         Plaintiff,            )
                                    ) STIPULATION AND ORDER TO
    v.                                                 ) CONTINUE THE ADMIT/DENY HEARING
                                     )
NICHOLAS LOPEZ,                      ) Requested date: 3-9-2026
         Defendant.          ) Time: 9:30 a.m.
                                     ) Judge: Hon. Dale A. Drozd
===============================)

       It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, and Michael D. Long, attorney for defendant NICHOLAS LOPEZ, that the status hearing set for December 22, 2025, at 9:30 a.m., before Judge Drozd, should be continued and re-set for March 9, 2026, at 9:30 a.m., before Judge Drozd.

       The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The parties worked together to transfer Mr. Lopez to the custody of the Sacramento County Sheriff so that Mr. Lopez could appear at his Sacramento County jury trial which concerns the facts at issue in the "new law violation" alleged in this case.  That county jury trial will not take place until the end of January of 2026.  Mr. Lopez will be transferred back to federal custody once his Sacramento County Superior Case has been resolved.  All parties need to know the outcome of the county jury trial before we can address the federal TSR violation based on the conduct at issue in the county jury trial.

-1-

Mr. Long continues to read and view the discovery, investigate the case and meet with his client. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: December 4, 2025                    Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Nicholas Lopez

Dated: December 4, 2025                    ERIC GRANT
United States Attorney

/s/ Heiko Coppola
HEIKO COPPOLA
Assistant United States Attorney

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

Pursuant to the stipulation of the parties and good cause appearing, the status hearing in this matter is hereby continued from December 22, 2025, to March 9, 2026, at 9:30 a.m., before District Court Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **December 5, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE