MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for NICHOLAS LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>NICHOLAS LOPEZ,<br>　　　　　Defendant.<br>===============================) | ) No. 2:17-cr-00003-DAD-1<br>)<br>) STIPULATION AND ORDER<br>) TO CONTINUE THE ADMIT/DENY HEARING<br>)<br>) Requested date: 6-22-2026<br>) Time: 9:30 a.m.<br>) Judge: Hon. Dale A. Drozd |

It is hereby stipulated between the parties, Heiko Coppola, Assistant United States Attorney, and Michael D. Long, attorney for defendant NICHOLAS LOPEZ, that the status hearing set for March 9, 2026, at 9:30 a.m., before Judge Drozd, should be continued and re-set for June 22, 2026, at 9:30 a.m., before Judge Drozd.   USPO Sheehan is available on that date.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown.  The parties worked together to transfer Mr. Lopez to the custody of the Sacramento County Sheriff so that Mr. Lopez could resolve his Sacramento County case which concerns the facts at issue in the "new law violation" alleged in this federal case.  Mr. Lopez will be transferred back to federal custody once he is sentenced by Sacramento County Superior Judge Brody on June 16, 2026.

///

///

-1-

Dated:  February 27, 2026                    Respectfully submitted,

                                             /s/ Michael D. Long
                                             MICHAEL D. LONG
                                             Attorney for Nicholas Lopez

Dated:  February 27, 2026                    ERIC GRANT
                                             United States Attorney

                                             /s/ Heiko Coppola
                                             HEIKO COPPOLA
                                             Assistant United States Attorney


                      ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the admit or deny hearing in this matter is hereby re-set for June 22, 2026, at 9:30 a.m., before District Court Judge Dale A. Drozd.


IT IS SO ORDERED.

Dated:  **February 27, 2026**              _____
                                           DALE A. DROZD
                                           UNITED STATES DISTRICT JUDGE